# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LETRICE THERESA HILL

VERSUS

OUTBACK STEAKHOUSE OF
FLORIDA, LLC, OSI RESTAURANT
PARTNERS, LLC, ABC INSURANCE
COMPANY AND XYZ INSURANCE
COMPANY

NO.   2022 CW 1181

**JANUARY 17, 2023**

---

In Re:   Outback Steakhouse of Florida, LLC and OSI Restaurant
Partners, LLC, applying for supervisory writs, 32nd
Judicial District Court, Parish of Terrebonne, No.
0191321.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT
WRC
CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT